-FILED-
APR 03 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1:23CV139

Filing a complaint against Fort Wayne, IN Government

To: Federal Government          3-30-23

Hey this is Darry L Smith D.O.B 6-29-87. Born and also live in Fort Wayne, IN. I'm currently in jail, where I have been getting cruel and unusual punishment by some part of the Government in Fort Wayne, IN. Where they get into people heads thats usually at hotels and on drugs and try to scare them to stop or whatever the case may be. These people have been in my head for 6 1/2 years now. They've been cruel and giving me unusual punishment/pain mentally and other ways. I know that this is prohibited under the USCS Constitutional rights amendments 8th and 14th. They have my brain connected to a machine downtown in the 46802 area. They've been calling me cruel names, paralyzing my body when i'm sleep and trying to wake up, making me climax/cum on myself, making my penis erect, making me throw up, heart hurt, afflicting pain all throughout my body, making my anus hurt, talking about my sexuality, how I shouldn't of had a bad relationship with this female Megan Holcomb, which is the Governor Eric Holcomb niece and they don't like me and etc! They are still being cruel to

me and giving me unusual punishment! This sick cruel situation needs to come to a stop! I was told that you guys are the best one to come to about this situation. I do have wittness that this has been going on. This matter should be investigated and checked into ASAP! I'm not just making allegations on this situation. Everything im saying is true. That's how I know what the Government can do with this machine that connects to people brains. It can also tell them anything a person ever did in life give you any feeling that they want you to have and etc. They have been using this machine on me for 6 1/2 years now and I have been going through alot! I beg of them to please stop!! It huts. I will be writting other agents to try and look into this matter also and getting out soon going to different agent and etc to get this all solved. I know this is a law suit and can lead to more justice. My mom and family will also be looking into this cause they are getting concerned about my allegations. Please ask question and look into this as it's against the 8th and 14th amendment!!!

Deanny Smith

FT WAYNE IN 468
31 MAR 2023 PM 3 T

Federal Government
1300 S Harrison st
Fort Wayne, IN 46802

Name: Darcy Smith
Block # B
Allen Co Jail 417 S Calhoun St. Ft Wayne, IN 46802
This stamp identifies this correspondence as having been mailed by an offender at the above Correctional Facility
WARNING NOT responsible for contents.